UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN PELLERIN,

       Plaintiff,

v.                                                     Case No:  6:17-cv-1349-Orl-37KRS

ALLY FINANCIAL INC.,

       Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the filing of the Stipulation of Dismissal of with Prejudice (Doc. 15) filed June 12, 2018. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 13, 2018.



ROY B. DALTON JR.
United States District Judge

Copies:  Counsel of Record